Gerald JOHANNES, Plaintiff—
Appellant,

v.

Jon DEMORALES, et al., Defendnats—
Appellees.

No. 03–56211.

United States Court of Appeals,
Ninth Circuit.

Submitted March 23, 2005.*

Decided April 4, 2005.

Gerald Johannes, West Vancouver, B.C., Canada, pro se.

Before: B. FLETCHER, TROTT and SILVERMAN, Circuit Judges.

MEMORANDUM **

Gerald Johannes appeals the district court's denial of his motion for reconsideration of its order staying his 42 U.S.C. § 1983 action pending the outcome of *James Hydrich, et al., v. Peter Wilson, et al.*, CV–98–7167, a related federal class action, in which he is a class member. We dismiss the appeal for lack of jurisdiction. *See Silberkleit v. Kantrowitz*, 713 F.2d 433, 434 (9th Cir.1983) (noting that orders granting stays are generally not appeal-able final orders unless the order places the party "effectively out of court.").

DISMISSED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

